Patrice L. Bishop (182256)
pbishop@ssbla.com
STULL, STULL & BRODY
9430 W. Olympic Blvd., Suite 400
Beverly Hills, CA 90212
Tel:    310-209-2468
Fax:   310-209-2087

*Local Counsel for Plaintiffs
and the Putative Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY COFFENG, MARK GLASER and JORDAN WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No. 17-cv-01825-JD<br><br>**DECLARATION OF GARY S. GRAIFMAN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:     October 25, 2018<br>TIME:     10:00 a.m.<br>JUDGE:   Hon. James Donato<br>CRTRM:  11, 19th Floor |

I, Gary S. Graifman, declare and say that:

1. I am a member of the firm Kantrowitz, Goldhamer & Graifman, P.C. and admitted to practice *pro hac vice* in the above-entitled matter. I am co-counsel of record for Plaintiffs and the proposed class herein. I make this Declaration in support of the Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2. This case was brought by Plaintiffs alleging defects in the primary engine water pump for certain Volkswagen and Audi vehicles including the following (herein called "Class Vehicles"): (i) certain 2008 through and including 2014 model year Audi motor vehicles equipped with the 2.0L EA888 TSI or TFSI turbocharged engine; and (ii) certain 2008 through and including 2014 model year Volkswagen motor vehicles equipped with the 2.0L EA888 TSI turbocharged engine. Class Vehicles equipped with 2.0L EA888 TSI or TFSI turbocharged four cylinder multi-valve engines include, but are not limited to, engine codes CCTA, CAEB, CAED and CBFA.

3. Attached hereto as **Exhibit A** is the Settlement Agreement entered into by and between the Parties to this action signed in or about August 9, 2018, together with the exhibits thereto comprised of the following: Exhibit 1 is the Claim Form to be disseminated to owners and lessees of VW and Audi Settlement Class Vehicles; Exhibit 2 is just a face page placeholder at this time for the [Proposed] Final Order and Judgment, which will be finalized and submitted prior to and in connection with the Motion for Final Approval and/or at a time as ordered by the Court; Exhibit 3 is the [Proposed] Preliminary Approval Order; Exhibit 4 is a list of all of the vehicle VIN numbers for Class Settlement Vehicles, to be filed under seal, with the Court's permission, since it contains confidential protected identifying information. If preliminary approval is granted, Class Members will be able to determine whether their individual vehicle(s) is/are covered under the Settlement by typing their vehicle(s)' VIN number(s) in a link on the Settlement website. Exhibit 5 is the Proposed Class Notices for VW Settlement Vehicles and Audi Settlement Vehicles.

4. In addition, for the Court's convenience, a copy of the Proposed Preliminary Approval Order is submitted herewith separately.

5. Attached hereto as **Exhibit B** is the proposed schedule for the dates related to the Settlement as agreed to by the parties, if the Court is so amenable.

6. Attached hereto as **Exhibit C** is a true and correct copy of the firm resumè of Kantrowitz, Goldhamer & Graifman, P.C.

7. Attached hereto as **Exhibit D** is a true and correct copy of the firm resumè of the Law Office of Thomas P. Sobran, P.C.

8. Attached hereto as **Exhibit E** is a true and correct copy of the firm resumè of Stull Stull & Brody.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 11th day of September 2018 in Chestnut Ridge, New York

_____
Gary S. Graifman (admitted *pro hac vice*)
Declarant