# EXHIBIT B

# PROPOSED SCHEDULE

*(Based on the assumption that the date of entry of the Preliminary Approval Order ("PAO") is no later than October 25th, 2018)*

NOTICE DATE: (¶14: Approx. 75 days from Entry of POA):
**Tuesday, January 8th, 2019**

SETTLING PARTIES FILE PAPERS IN SUPPORT OF SETTLEMENT & CLASS COUNSEL IN SUPPORT OF FEE APPLICATION: (¶15: Approx. 30 days from Notice Date):
**Thursday, February 7th, 2019\***

BAR DATE FOR OBJECTIONS & OPT OUTS (¶¶ 16(a) & 18: Approx. 45 days from Notice Date):
**Friday, February 22nd, 2019**

SETTLING PARTIES FILE RESPONSIVE PAPERS TO ANY OBJECTIONS (¶15: Approximately 5 days prior to Final Approval Hearing Date):
**Friday, March 8th, 2019**

FINAL APPROVAL HEARING DATE (¶14 Approx. 140 days from PAO):
**Thursday, March 14th, 2019 or Friday, March 15th, 2019**

\*If the Parties do not reach agreement on attorney fees and expenses, the times for expert disclosure and depositions relating to the attorney fee issues, and for Defendant to file its opposition to class counsel's fee application, will be scheduled in accordance with the time frames set forth in the Preliminary Approval Order.