# EXHIBIT D

# THOMAS P. SOBRAN, P.C.
### COUNSELLOR AT LAW
### 7 EVERGREEN LANE
### HINGHAM, MA 02043
-----
### TELEPHONE (781) 741-6075
### FACSIMILE (781) 741-6074
### EMAIL TSOBRAN@SOBRANLAW.COM

**LEGAL EXPERIENCE**

**Class action experience**

- Lead counsel in *Fisher, et al. v. Mitsubishi Electric Corporation, et al.*, United States District Court, District of Connecticut Civil Action No. 3:09-cv-1899 RNC involving defective consumer products that resulted in tens of millions of dollars in monetary relief and warranty extensions to consumers

- Appointed to executive committee *In Re Volkswagen Timing Chain Product Liability Litigation,* United States District Court, District of New Jersey Civil Action No. 2:16-cv-2765 JLL

- *Diveroli, et al. v. Volkswagenwerk Aktiengesellschaft, et al.,* United States District Court, District of Massachusetts Civil Action No. 07-cv-10196 JLT later consolidated into *In re Volkswagen,* MDL 1790

- Other class action leadership positions involve defective consumer products including automobiles, automotive related products and electronic goods

**Non-class action experience**

- Thirty-four years of experience involving complex products liability litigation with an emphasis on automotive defects and crashworthiness proceedings

- In excess of fifteen (15) personal injury cases resulting in verdicts or settlements of more than one million dollars

- Representation of gas turbine helicopter engine manufacturer in aviation accidents involving loss of aircraft and personal injury

- Expert witness in subject matter area of automotive products liability in legal malpractice proceedings

- Qualified and testified at trial as an expert witness in the subject matter area of Porsche 911 engine design and repair procedures in Massachusetts District Court

**Legal publications and presentations**

- Co-authored papers presented at Massachusetts Continuing Legal Education products liability seminars

- Prepared course materials presented by past American Association of Justice (formerly ATLA) President at the 34th Annual Advocacy Institute

**Automotive experience**

- Factory-trained Volvo, Honda, BMW, Mercedes-Benz and Porsche automotive technician and service manager

- Crew member of NASCAR Craftsman Truck Series and NASCAR Busch Series race teams; crew chief for SCCA Porsche 916 race team responsible for engine build and crew member on SCCA Trans-Am Pro Series team

- Knowledge of vehicle / component design and manufacture together with assembly, test and repair procedures

- Experience in automotive engine blueprinting and race preparation including designing, machining / fabricating automotive components

- Extensive motor vehicle modification and race preparation experience including turbocharging, internal engine components as well as other subassemblies including transmissions and suspension systems

- Ability to read and interpret design drawings, schematics and test protocols employing SAE and DIN standards

**Miscellaneous**

- Professional memberships include Society of Automotive Engineers, Association for the Advancement of Automotive Medicine, Center for Auto Safety and Insurance Institute for Highway Safety

- Familiarity with National Highway Traffic Safety Administration investigation procedures, testing protocol and data bases