1  Patrice L. Bishop (182256)
   pbishop@ssbla.com
2  STULL, STULL & BRODY
   9430 W. Olympic Blvd., Suite 400
3  Beverly Hills, CA  90212
   Tel:    310-209-2468
4  Fax:    310-209-2087

5  Local Counsel for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  GREGORY COFFENG, MARK GLASER          Case No. 17-cv-01825-JD
    and JORDAN WILSON, individually and on
13  behalf of all others similarly situated,

14                                         **DECLARATION OF CAMERON R.**
                      Plaintiffs,          **AZARI, ESQ. ON SETTLEMENT**
                                           **NOTICE PLAN**
15
                      v.
16
    VOLKSWAGEN GROUP OF AMERICA,
17  INC.,

18                    Defendants.          JUDGE:      Hon. James Donato
                                           CRTRM:      11, 19th Floor
19

20

21

22

23

24

25

26

27

28

I, Cameron R. Azari, Esq., hereby declare and state as follows:

1.      My name is Cameron R. Azari, Esq.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice and I have served as an expert in dozens of federal and state cases involving class action notice plans.

3.      I am the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  Hilsoft is a business unit of Epiq Class Action & Claims Solutions, Inc. ("Epiq").

4.      Hilsoft has been involved with some of the most complex and significant notices and notice programs in recent history.  With experience in more than 400 cases, notices prepared by Hilsoft have appeared in 53 languages with distribution in almost every country, territory and dependency in the world.  Judges, including in published decisions, have recognized and approved numerous notice plans developed by Hilsoft, which decisions have always withstood collateral reviews by other courts and appellate challenges.

## EXPERIENCE RELEVANT TO THIS CASE

5.      I have served as a notice expert and have been recognized and appointed by courts to design and provide notice in many of the largest and most significant cases, including: *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Product Liability Litigation (Bosch Settlement)*, MDL No. 2672 (N.D. Cal.) (Comprehensive notice program within the Volkswagen Emissions Litigation that provided individual notice to more than 946,000 vehicle owners via first class mail and to more than 855,000 via email. A targeted internet campaign further enhanced the notice effort.  Individual notice successfully delivered to more than 97% of the class); *Callaway v. Mercedes-Benz USA, LLC*, Case No. 14-cv-02011 JVS (DFMx) (C.D. Cal.) (Individual mailed notice to more than 647,000 class members with over 96.5% of the mailed notice successfully delivered); *Falco et al. v. Nissan North America, Inc. et al.* Case No. 2:13-cv-00686 DDP (MANx) (C.D. Cal.) (Individual mailed notice to more than 575,000 class members with over 99% of the mailed notice successfully delivered).  Numerous other court opinions and

1   comments as to our testimony, and opinions on the adequacy of our notice efforts, are included in

2   Hilsoft's curriculum vitae included as **Attachment 1**.

3        6.    In forming my expert opinions, I and my staff draw from our in-depth class action

4   case experience, as well as our educational and related work experiences.  I am an active member

5   of the Oregon State Bar, receiving my Bachelor of Science from Willamette University and my

6   Juris Doctor from Northwestern School of Law at Lewis and Clark College.  I have served as the

7   Director of Legal Notice for Hilsoft since 2008 and have overseen the detailed planning of

8   virtually all of our court-approved notice programs since that time.  Prior to assuming my current

9   role with Hilsoft, I served in a similar role as Director of Epiq Legal Noticing (previously called

10  Huntington Legal Advertising).  Overall, I have over 19 years of experience in the design and

11  implementation of legal notification and claims administration programs having been personally

12  involved in well over one hundred successful notice programs.

13       7.    The facts in this declaration are based on what I personally know, as well as

14  information provided to me in the ordinary course of my business by my colleagues at Hilsoft and

15  Epiq.

16                                          **<u>OVERVIEW</u>**

17       8.    This declaration will describe the Settlement Notice Plan ("Notice Plan" or

18  "Plan") and notices (the "Notice" or "Notices") proposed here for the settlement of *Coffeng v.*

19  *Volkswagen Group of America, Inc.,* Case No. 17-cv-01825-JD in the United States District

20  Court for the Northern District of California.

21       9.    Data will be available to provide individual notice to virtually all Settlement Class

22  members.  The data (in the form of physical addresses and email addresses) will be obtained from

23  HIS Automotive, driven by Polk ("Polk") and potentially combined with data from the

24  Defendant.  All lists will be combined and de-duplicated in order to find the most likely current

25  address for each Settlement Class member.  The individual notice effort will be supplemented by

26  a targeted, supplemental media campaign.

27       10.   In my opinion, the proposed Notice Plan is designed to reach the greatest

28  practicable number of Settlement Class members through the use of individual notice and

DECLARATION OF CAMERON R. AZARI, ESQ. ON SETTLEMENT NOTICE PLAN
Case No. 17-cv-01825-JD

1   supplemental media.  In my opinion, the Notice Plan is the best notice practicable under the

2   circumstances of this case and satisfies the requirements of due process, including its "desire to

3   actually inform" requirement.[1]

4   ## NOTICE PLANNING METHODOLOGY

5   11.    Federal Rules of Civil Procedure 23 directs that the best notice practicable under

6   the circumstances must include "individual notice to all members who can be identified through

7   reasonable effort."[2]   The proposed notice program here satisfies this requirement.  A Notice

8   tailored to the potential owners/lessees of the vehicles included in the Settlement will be sent via

9   first class mail.  Address updating (both prior to mailing and on undeliverable pieces) and re-

10  mailing protocols will meet or exceed those used in other class action settlements. [3] Where email

11  addresses are available, an Email Notice will also be sent.  Based on our experience in prior

12  automotive settlements, we expect to successfully deliver notice to more than 95% of the

13  Settlement Class.

14  12.    Notices will appear online on *Facebook* and *Instagram* specifically targeted to

15  Audi and Volkswagen owners. Coverage will be further enhanced by the sponsored search listings

16  and a case website.

17  ## NOTICE PLAN DETAIL

18  13.  Class Notice shall be disseminated pursuant to the plan and details set forth below and

19  referred to as the "Notice Plan."  The Notice Plan was designed to provide notice to the following

20  Settlement Class (the "Class"):

21
    "All persons and entities who purchased or leased a Settlement Class Vehicle, as
    defined in Section I (R) of the Agreement, in the United States of America and
22   Puerto Rico."

23
___

24  [1]  "But when notice is a person's due, process which is a mere gesture is not due process.  The
    means employed must be such as one desirous of actually informing the absentee might
25  reasonably adopt to accomplish it.  The reasonableness and hence the constitutional validity of any
    chosen method may be defended on the ground that it is in itself reasonably certain to inform those
26  affected . . ."  *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 315 (1950).

27  [2] FRCP 23(c)(2)(B).

28  [3] If email addresses become available, supplemental email notice may also be sent.

    DECLARATION OF CAMERON R. AZARI, ESQ. ON SETTLEMENT NOTICE PLAN
    Case No. 17-cv-01825-JD

1
2
3
4
5
6
7
8

Excluded from the Settlement Class are (a) anyone claiming personal injury, property damage (other than damage to the Settlement Class Vehicle itself) and/or subrogation; (b) all Judges who have presided over the Actions and their spouses; ( c) all current employees, officers, directors, agents and representatives of Defendant, and their family members; (d) any affiliate, parent or   subsidiary of Defendant and any entity in which Defendant have a controlling interest; (e) anyone acting as a used car dealer; (f) anyone who purchased a Settlement Class Vehicle for the purpose of commercial resale; (g) anyone who purchased a Settlement Class Vehicle with salvaged title and/or any insurance company who acquired a Settlement Class Vehicle as a result of a total loss; (h) any insurer of a Settlement Class Vehicle; (i) issuers of extended vehicle warranties and service contracts; G) any Settlement Class Member who, prior to the date of this Agreement, settled with and released Defendant or any Released Parties from any Released Claims, and (k) any Settlement Class Member that files a timely and proper Request for Exclusion from the Settlement Class.

9

I understand "Settlement Class Vehicles" to mean:

10
11

The model and model year VW and Audi vehicles designated by VIN on Exhibit 4 of the Settlement Agreement, imported and distributed by Defendant Volkswagen Group of America, Inc. for sale or lease in the United States and Puerto Rico.

12

### NOTICE PLAN

13

#### *Individual Notice – Direct Mail*

14     14.    A comprehensive list of potential Class Members physical addresses exists –

15   consisting of the current and former owners and lessees of the Audi and Volkswagen vehicles

16   included in the settlement.   The database will be acquired from Polk and, if available,

17   supplemented by other sources.   All data will be de-duplicated and updated in order to find the

18   most likely current address for each current and former vehicle owner/lessee.   This data will be

19   used to provide individual notice to virtually all Settlement Class members.

20     15.    The mailed notice packet will consist of an 8-image Notice that clearly and

21   concisely summarize the Settlement and a Claim Form (the "Notice Packet").   Each will direct

22   the recipients to a website dedicated specifically to the Settlement where they can access

23   additional information and easily file a claim.   The Notice Packet will be sent by the United

24   States Postal Service ("USPS") first class mail.

25     16.    Prior to mailing, all mailing addresses provided will be checked against the National

26   Change of Address ("NCOA") database maintained by the USPS.[4]   Any addresses that are

27

28   [4] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years.  The USPS makes this data available to mailing firms and lists

1    returned by the NCOA database as invalid will be updated through a third-party address search

2    service.  In addition, the addresses will be certified via the Coding Accuracy Support System

3    ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation

4    ("DPV") to verify the accuracy of the addresses.  This address updating process is standard for

5    the industry and for the majority of promotional mailings that occur today.

6         17.    Notice Packets returned as undeliverable will be re-mailed to any new address

7    available through postal service information, for example, to the address provided by the postal

8    service on returned pieces for which the automatic forwarding order has expired, but which is

9    still during the period in which the postal service returns the piece with the address indicated, or

10   to better addresses that may be found using a third-party lookup service ("ALLFIND",

11   maintained by LexisNexis).   Upon successfully locating better addresses, Notices will be

12   promptly re-mailed.

13        18.    Additionally, a Notice and Claim Form will be mailed to all persons who request

14   one via the toll-free phone number or by mail. The Long Form Notice will also be available to

15   download or print at the website.  Copies of the proposed Notice Packet are included with the

16   materials filed by Parties.

17                                   *Individual Notice - Email*

18        19.    An Email Notice will also be sent to all potential Settlement Class members for

19   whom a facially valid email address is available from Polk.  The Email Notice content will be

20   substantially identical in content to the Notice via mail.  The Email Notice will use an embedded

21   html text format.  This format will provide easy to read text without graphics, tables, images and

22   other elements that would increase the likelihood that the message could be blocked by Internet

23   Service Providers (ISPs) and/or SPAM filters.  Each Email Notice will be transmitted with a

24   unique message identifier.  If the receiving email server cannot deliver the message, a "bounce

25   code" will be returned along with the unique message identifier.  For any Email Notice for which a

26   bounce code is received indicating that the message was undeliverable, at least one additional

27   _____

28   submitted to it are automatically updated with any reported move based on a comparison with the
     person's name and known address.

DECLARATION OF CAMERON R. AZARI, ESQ. ON SETTLEMENT NOTICE PLAN
Case No. 17-cv-01825-JD

1   attempt will be made to deliver the Notice by email.  For Settlement Class members for whom

2   both a physical address and an email address are available, both a mailed Notice Packet and an

3   Email Notice will be sent.

4        20.    The Email Notice will include an embedded link to the case website.  By clicking

5   the link, recipients will be able to easily access the Long Form Notice, Settlement Agreement,

6   online Claim Form and other information about the Settlement.

7   *Social Media Banner Notices*

8        21.    Internet advertising has become a standard component in legal notice

9   programs.  The internet has proven to be an efficient and cost-effective method to target and

10  provide measurable reach of persons covered by a settlement.  According to 2018 GfK MRI

11  syndicated research, 96% of adults who own an Audi or Volkswagen have accessed the internet in

12  the last 30 days.  Accordingly, we will run online banner notice ads on social media that

13  Settlement Class members may visit regularly.  Banner ads are image-based graphic displays

14  available on desktops and mobile devices.  These ads are used in legal noticing to notify people of

15  a settlement relevant to them.  The text of the banner advertisements will allow users to identify

16  themselves as potential Settlement Class members and directly link them to the case website for

17  more information.

18       22.    Specifically, banner notices measuring 254 x 133 pixels will be placed on

19  *Facebook* and *Instagram*.  Banners notices will target adults who have identified an interest in

20  "Volkswagen" and/or "Audi."  *Facebook* is the leading social networking site in the

21  world.  Banners will run on *Facebook* and *Instagram* for 30 days.

22  *Sponsored Search Listings*

23       23.    To facilitate locating the case website, sponsored search listings will be acquired on

24  the three most highly-visited Internet search engines: *Google*, *Yahoo!* and *Bing*.  When search

25  engine visitors search on common keyword combinations such as "Volkswagen Settlement" or

26  "Coffeng Audi Lawsuit," the sponsored search listing will display either at the top of the page

27  prior to the search results or in the upper right hand column.

28

DECLARATION OF CAMERON R. AZARI, ESQ. ON SETTLEMENT NOTICE PLAN
Case No. 17-cv-01825-JD

1

*Case Website*

2      24.      A neutral, informational settlement website will be established to reflect the

3   settlement of the case.  Settlement Class members will be able to obtain additional information

4   and documents including the Detailed Notice, Settlement Agreement, Preliminary Approval Order

5   a list of Frequently Asked Questions and Answers and any other information that the parties agree

6   to provide or that the Court may require.  Settlement Class members will be able to file an online

7   claim.  The website will also include information on how potential Settlement Class members can

8   opt-out of the Settlement if they choose.  The website address will be prominently displayed in all

9   printed notice documents.

10      *Toll-free Telephone Number and Postal Mailing Address*

11      25.      A toll-free number will be established.  Callers will be able to hear an introductory

12   message.  Callers will then have the option to continue to get information about the Settlement in

13   the form of recorded answers to frequently asked questions. Callers will also have an option to

14   request a Long Form Notice by mail.  During normal business hours, callers will also have the

15   option to speak to a live operator.

16      26.      A postal mailing address and email address will be provided, allowing Settlement

17   Class members the opportunity to request additional information or ask questions via these

18   channels.

19      **PERFORMANCE OF THE NOTICE PROGRAM**

20      *Reach*

21      27.      Based on our experience in previous automotive settlements, we reasonably expect

22   to deliver individual notice to over 90-95% of the Settlement Class.   This expectation is

23   specifically informed by our recent experience in the following settlements which also used

24   vehicle VIN information to access data from Polk (cases also listed above in the Experience

25   section):

26   
- *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Product Liability Litigation (Bosch Settlement)*, MDL No. 2672 (N.D. Cal.) 97% of the class reached with individual notice;

27

28

DECLARATION OF CAMERON R. AZARI, ESQ. ON SETTLEMENT NOTICE PLAN
Case No. 17-cv-01825-JD

- *Callaway v. Mercedes-Benz USA, LLC*, Case No. 14-cv-02011 JVS (DFMx) (C.D. Cal.) 96.5% of the class reached with individual notice; and

- *Falco et al. v. Nissan North America, Inc. et al.* Case No. 2:13-cv-00686 DDP (MANx) (C.D. Cal.) 99% of the class reached with individual notice.

28.    Reach will be enhanced further by the targeted online social media, sponsored search listings and the case website.

29.    Many courts have accepted and understood that a 75 or 80 percent reach is more than adequate.  In 2010, the Federal Judicial Center issued a Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.  This Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70–95%.[5] Here we have developed a notice plan that will deliver notice to the Settlement Class at the very highest end of this range.  These statistics reinforce the fact that the Notice Plan is broad in scope and is designed to reach the greatest practicable number of Settlement Class members.

## CONCLUSION

30.    In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by federal and local rules and statutes, and further by case law pertaining to notice.  This framework directs that the notice program be designed to reach the greatest practicable number of potential class members and, in a settlement class action notice situation such as this, that the notice or notice program itself not limit knowledge of the availability of benefits—nor the ability to exercise other options—to class members in any way.  All of these requirements will be met in this case.

///

///

///

_____

[5] Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide (2010)*, p. 3.

DECLARATION OF CAMERON R. AZARI, ESQ. ON SETTLEMENT NOTICE PLAN
Case No. 17-cv-01825-JD

- 8 -

31.     Our notice effort follows the guidance for how to satisfy due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions, which are: a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably calculated to do so:

A. "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it," *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).

B. "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156 (1974) citing *Mullane* at 314.

32.     The Notice Program will provide the best notice practicable under the circumstances of this case, conforms to all aspects of Federal Rules of Civil Procedure 23, and comports with the guidance for effective notice articulated in the Manual for Complex Litigation 4th Ed.

33.     The Notice Plan schedule will afford enough time to provide full and proper notice to Settlement Class members before any opt-out and objection deadline.

34.     At the conclusion of the Notice Plan, we will provide a final report verifying its effective implementation.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 5th, 2019.

Cameron R. Azari, Esq.

DECLARATION OF CAMERON R. AZARI, ESQ. ON SETTLEMENT NOTICE PLAN
Case No. 17-cv-01825-JD