Engine Water Pump Settlement Administrator
P.O. Box 2530
Portland, OR 97208-2530

PRSRT First Class
U.S. Postage
PAID
Portland, OR
Permit No. 2882


*4161003790595*

JOHN R GREER SR
1027 COUNTY ROAD 2
HICKORY FLAT, MS 38633-9505

**FILED**

May 12 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

VIN: WA1LFAFP1CA010020

# CLAIM FORM - AUDI
*Engine Water Pump Settlement Claim Form*

**Instructions:**
Carefully read each section below, fill in all applicable fields, sign the form, and provide the necessary supporting documentation described in Section II. Once complete, send *via* U.S. Mail, **postmarked no later than April 30, 2020**, to:

Engine Water Pump Settlement Administrator
P.O. Box 2530
Portland, OR 97208-2530

~~Alternatively, you may electronically file a Claim Form with supporting documentation through the Settlement website at www.EngineWaterPumpSettlement.com, on or before April 30, 2020.~~

If your contact information above is incorrect, please correct it below:

## I. VERIFY YOUR CONTACT AND VEHICLE INFORMATION:

**First Name:** JOHN
**MI:** R
**Last Name:** GREER SE

**Company Name (if applicable):**

**Address 1:** 1027 COUNTY ROAD 2

**Address 2:**

**City:** HICKORY FLAT
**State:** MS
**ZIP Code:** 38633

**Email:** johnrgreer55@gmail.com

**Phone Number:** 662-252-0778

**Vehicle Identification Number (VIN):** WA1LFAFP1CA010020

Questions? Call 1-877-363-7829 or visit www.EngineWaterPumpSettlement.com

01-CA4161
Z1511 v.07

1

21373

*4161003790595*

## II. PROVIDE A REPAIR RECEIPT OR OTHER PAPERWORK (ORIGINAL OR COPIES):

State the amount you are seeking for reimbursement of out-of-pocket expenses that you previously paid for a repair or replacement (parts and labor) of a failed water pump, and/or a failed or damaged engine directly caused by a water pump failure, under the terms of the Settlement:

$ 4387.00

If you paid for repairs by an authorized Audi dealer or independent repair facility, your documentation **must** show:

- The date and vehicle mileage at the time of the repair;
- The name, address, and telephone number of the dealership or facility that performed the repair;
- The year, make, model, and Vehicle Identification Number (VIN) of your vehicle;
- Proof of ownership or lease of the vehicle;
- A description of the repair work performed including the parts repaired or replaced (engine water pump) and the cost of repair (parts and labor). If reimbursement is sought for a damaged or failed engine due to a primary engine water pump failure, your documents must also reflect that the engine damage or failure that required repair/replacement was due to a failure of the primary engine water pump.
- Proof of payment including the amount paid for repair (parts and labor) and the date and manner of payment; and
- Documents evidencing your adherence to the relevant aspects of the vehicle's maintenance schedule for the coolant system during the time you owned or leased the vehicle, up to the date/mileage of repair or replacement, within a variance of ten percent (10%) of the scheduled time/mileage requirements. In the event maintenance records cannot be obtained despite a good faith effort to obtain them, you may submit a Declaration signed under penalty of perjury detailing what efforts you made to obtain the records, who you communicated with and when, why the records are not available and attesting to adherence to the vehicle maintenance schedule for the coolant system during the time you owned or leased the vehicle, up to the date/mileage of repair or replacement, within the variance set forth above.

## III. CERTIFICATION

All of the information that I supplied in this Claim Form is true and correct to the best of my knowledge and belief and this document is signed under penalty of perjury.

This Claim Form must be signed in order to be considered valid.

*[Signature: Robert Greer]*
Signature of Primary Owner/Lessee

Date: 12-31-2019
     MM  DD  YYYY

Copy of title
Copy of Tag Rec.

Questions? Call 1-877-363-7829 or visit www.EngineWaterPumpSettlement.com

02-CA4161
Z1512 v.07

2